# EXHIBIT G

## Loken, Bryce A. (MAD x2608)

| | |
|---|---|
| **From:** | Christopher Honea <chonea@ghiplaw.com> |
| **Sent:** | Monday, June 6, 2022 4:19 PM |
| **To:** | Snyder, Martha J. (MAD x2429) |
| **Cc:** | randall garteiser; Loken, Bryce A. (MAD x2608); Edson, Kelli A. (TPA x5268) |
| **Subject:** | Re: 2022.05.31 - Snyder to Honea re Decapolis' Discovery Responses(74231415.1).pdf [QBLLP-ACTIVE.FID42037694] |

Martha, we didn't even see your hidden correspondence. And taking into account your your motion to stay, we are a little confused. We plan to address any deficiencies after we review your letter and discuss. I would find it very telling, and not surprised based on your previous conduct to date in this case, you'll file anyway, without even attempting to meet and confer less than a week from sending. Unbelievable.

On Jun 6, 2022, at 4:11 PM, Snyder, Martha J. <martha.snyder@quarles.com> wrote:

Counsel - We are planning to file a Motion to Compel tonight to preserve Epic's rights, but would like to hear from you if Decapolis intends to cure any of the issues identified in my letter.

Thank you,
Martha

**From:** Snyder, Martha J. (MAD x2429) <martha.snyder@quarles.com>
**Sent:** Tuesday, May 31, 2022 11:02 PM
**To:** Christopher Honea <chonea@ghiplaw.com>; randall garteiser <rgarteiser@ghiplaw.com>
**Cc:** Loken, Bryce A. (MAD x2608) <Bryce.Loken@quarles.com>; Edson, Kelli A. (TPA x5268) <kelli.edson@quarles.com>
**Subject:** 2022.05.31 - Snyder to Honea re Decapolis' Discovery Responses(74231415.1).pdf [QBLLP-ACTIVE.FID42037694]

Counsel - Please see attached.

Best regards,
Martha Snyder



**Martha Jahn Snyder** / Partner
Pronouns: She/Her/Hers
martha.snyder@quarles.com / LinkedIn BIO vCard
**Quarles & Brady LLP**
33 East Main Street, Suite 900 / Madison, WI 53703-3095
Office 608-283-2429 / Cell 607-351-1112 / quarles.com
Assistant Hailey Carvalho 608-283-2487

VISIT our COVID-19: Guidance for Clients page for the latest updates from Q&B attorneys

1

2

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.