**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.:  22-80173-CV-MIDDLEBROOKS

EPIC SYSTEMS CORPORATION,

     Plaintiff,

v.

DECAPOLIS SYSTEMS, LLC,

     Defendant.

_____/

## ORDER GRANTING MOTION TO STAY

THIS CAUSE comes before the Court upon Plaintiff's Motion to Stay Pending Dispositive Motion for Judgment on the Pleadings ("Motion"), filed June 3, 2022 (DE 39), which Defendant does not oppose (DE 43).[1] As set forth below, the Motion is granted.

Plaintiff seeks a stay of discovery and all pending deadlines until the Court rules on Plaintiff's potentially case-dispositive Rule 12(c) Motion for Judgment on the Pleadings (DE 35), pursuant to *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353 (11th Cir. 1997), among other authority, and in light of this Court's recent order granting a motion to stay on similar grounds in a patent case involving an entity related to Defendant. *See Maplebear Inc. d/b/a Instacart v. GreatGigz Sols., LLC*, Case No. 9:21-cv-81998-DMM, Dkt. 52 (S.D. Fla. May 4, 2022). Defendant agrees that the grounds for a stay exist under Circuit precedent and in light of the *Maplebear* order. (DE 43). Having reviewed Plaintiff's Motion for Judgment on the Pleadings, the record and the applicable law, I find that a stay is warranted.

---

[1] Although the certificate of conferral in Plaintiff's Motion indicates that Defendant did not agree to a stay (DE 35 at 10), which prompted the Court to order an expedited response (DE 40), Defendant now represents that it does not oppose a stay in this case. (DE 43).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)     Plaintiff's Motion to Stay Pending Dispositive Motion for Judgment on the Pleadings (DE 39) is **GRANTED**.

(2)     Discovery and all deadlines contained in the Pretrial Scheduling Order (DE 28-1; DE 30) are **STAYED** until the Court rules on Plaintiff's Motion for Judgment on the Pleadings.

(3)     Plaintiff's Motion to Compel (DE 41) is **DENIED WITHOUT PREJUDICE**. Plaintiff may move to renew this motion, if necessary, after the Court's ruling on Plaintiff's Motion for Judgment on the Pleadings.

**SIGNED** in Chambers at West Palm Beach, Florida, this 13th day of June, 2022.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record