UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80173-CV-MIDDLEBROOKS

EPIC SYSTEMS CORPORATION,

    Plaintiff/Counter-Defendant,

v.

DECAPOLIS SYSTEMS, LLC,

    Defendant/Counter-Plaintiff.

_____/

## FINAL JUDGMENT

THIS CAUSE having come before the Court upon Epic Systems Corporation's Motion for Judgment on the Pleadings and the Court having granted Epic's motion, it is **ORDERED AND ADJUDGED** that:

1. Final Judgment is hereby entered against Decapolis Systems, LLC.
2. The Clerk of Court shall **CLOSE THIS CASE**.
3. All pending motions are **DENIED AS MOOT**.
4. I will reserve jurisdiction to adjudicate any fee disputes.

**SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of December, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record